UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2007 SEP 28 AM 10: 37
CLERK, U.S.
BANKRUPTCY COURT
WD OF WI

In re: DEBORAH LYNN MYERS
TIMOTHY LEE MYERS

Case No. 01-35940

**PETITION TO CLAIM UNCLAIMED FUNDS FROM U.S. TREASURY**

**Debtor(s)**

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $ 9,236.25 which is the sum of all monies deposited with the court by the case trustee on behalf of the creditor CITICAPITAL COMMERCIAL CORP.

2. Please check and complete the applicable subparagraph below.

   [ ] A. I am the creditor named in paragraph #1.

   [✓] B. I am an employee of the creditor named in paragraph #1 and my title is
   VICE PRESIDENT . The creditor is still legally entitled to the monies and I am authorized by the creditor to file this petition.

   [ ] C. I am the lawful attorney-in-fact or the creditor named in paragraph #1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present), which includes, if applicable, identification of any sale of the company and the new and prior owner(s):

   [ ] D. Subparagraphs A and B above do not apply, but I am entitled to payment of such monies because (state basis for your claim):

3. *I understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.*

4. On 8/06/07 , a copy of this fully completed document was mailed to the U.S. Attorney, PO Box 1585, Madison WI 53701, per 28 U.S.C. § 2042.

_Danna Lewiss-Phillips_  8/06/07
Petitioner's Signature                Date

DANNA LEWISS-PHILLIPS, V.P.
Petitioner's Name (Type or Print)
3800 CITIGROUP CENTER - G3-13
TAMPA, FL, 33610    P# 813-604-9664
Petitioner's Address

STATE OF Florida
COUNTY OF Hillsborough

On 6th of August, 2007 before me personally appeared Danna Lewis-Phillips
    Date

The applicant who signed above is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)

                      Melissa Alfonso
                      Notary Public


MELISSA ALFONSO
MY COMMISSION # DD629386
EXPIRES October 23, 2009
(407) 398-0153  FloridaNotaryService.com

My Commission expires on: 10/23/09

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT # 822819**

1. Entity Name
CITICAPITAL COMMERCIAL CORPORATION



**FILED**
**May 16, 2007 8:00 am**
**Secretary of State**
05-16-2007 90015 046 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| 250 E. CARPENTER FWY<br>IRVING, TX 75062 US | 3800 CITIBANK CTR<br>G2-18<br>TAMPA, FL 33610 US |

2. Principal Place of Business - No P.O. Box #
Suite, Apt. #, etc.
City & State
Zip | Country

3. Mailing Address: PO BOX 31226
Suite, Apt. #, etc.
City & State: Tampa, FL
Zip: 33631-3226 | Country: USA

05092007  Chg-P  CR2E034 (12/06)

4. FEI Number: 35-1158885
5. Certificate of Status Desired ☐ — $8.75 Additional Fee Required — Applied For / Not Applicable

6. Name and Address of Current Registered Agent
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD.
PLANTATION, FL 33324

7. Name and Address of New Registered Agent
Name:
Street Address (P.O. Box Number is Not Acceptable):
City: | FL | Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

**FILE NOW!!! FEE IS $150.00**
**Due by September 14, 2007**

9. Election Campaign Financing Trust Fund Contribution. ☐ — $5.00 May Be Added to Fees

In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.

### 10. OFFICERS AND DIRECTORS / 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

| | | | | |
|---|---|---|---|---|
| TITLE | AS | ☑ Delete | TITLE | Assistant VP. ☐ Change ☐ Addition |
| NAME | ANDERSON, KERRY | | NAME | Lisa Hoffman |
| STREET ADDRESS | 250 CARPENTER FREEWAY | | STREET ADDRESS | 3800 Citigroup Center Dr |
| CITY-ST-ZIP | IRVING, TX | | CITY-ST-ZIP | Tampa, FL 33610 |
| TITLE | VP | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | BARBER, MICHAEL G | | NAME | |
| STREET ADDRESS | 250 CARPENTER FREEWAY | | STREET ADDRESS | |
| CITY-ST-ZIP | IRVING, TX 75062 | | CITY-ST-ZIP | |
| TITLE | V | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | STONE, DONNA | | NAME | |
| STREET ADDRESS | 250 E. CARPENTER FWY | | STREET ADDRESS | |
| CITY-ST-ZIP | IRVING, TX 75062 | | CITY-ST-ZIP | |
| TITLE | T | ☐ Delete | TITLE | ☑ Change ☐ Addition |
| NAME | ~~VERDESCHI, MICHAEL~~ | | NAME | Micheal Nemeth |
| STREET ADDRESS | 450 MAMARONOCK AVE | | STREET ADDRESS | |
| CITY-ST-ZIP | HARRISON, NY 10528 | | CITY-ST-ZIP | |
| TITLE | PD | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | ALEMANY, ELLEN | | NAME | |
| STREET ADDRESS | 399 PARK AVE | | STREET ADDRESS | |
| CITY-ST-ZIP | NEW YORK, NY 10022 | | CITY-ST-ZIP | |
| TITLE | AVP | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | BRAVENDER, LISA | | NAME | |
| STREET ADDRESS | 250 E CARPENTER FREEWAY | | STREET ADDRESS | |
| CITY-ST-ZIP | IRVING, TX 75062 | | CITY-ST-ZIP | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____ Lisa A. Hoffman   5-15-07   813-604-0342
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #



Please complete the following search criteria to continue your search process for the organization hierarchy of CITICAPITAL COMMERCIAL CORPORATION (2977562).

**Starting From:** ○ CITICAPITAL COMMERCIAL CORPORATION      ● Parent(s) of CITICAPITAL COMMERCIAL CORPORATION

CITIGROUP INC.

**Institution Type:** ● Standard Organization Hierarchy      ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
- All
- Commercial Bank
- Cooperative Bank
- Credit Union

As of year end
- 2005
- 2006

Organization as of date (mm/dd/yyyy) format:
07/26/2007

**Report Format:** ● HTML   ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[ Submit ]

NIC Home | FAQ | Help | Contact Us



# AFFIDAVIT OF AUTHORIZATION

I, Andrew D. Harwood, Executive Vice President of Citigroup Payment Services, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by John C. Gerspach, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by John C. Gerspach to delegate the authority described above to Cynthia A. Timberlake, Lawrence Loschiavo, and Danna Lewis-Phillips, each of whom is an officer in the Citigroup Payment Services business division, and their signatures are, as set forth below:

Cynthia A. Timberlake _____

Lawrence Loschiavo _____

Danna Lewis-Phillips _____

3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of August 2006.

_____
Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Scrimshaw, a Notary Public, this 4th day of August 2006.

_____
NOTARY PUBLIC



MELISSA A SCRIMSHAW
MY COMMISSION # DD484863
EXPIRES: Oct. 23, 2009
(407) 398-0153  Florida Notary Service.com